**Opinion issued January 17, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00433-CR

———————————

## ERIC MARTIN CASTORENO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 371st District Court[1]
Tarrant County, Texas
Trial Court Case No. 1475320R

## MEMORANDUM OPINION

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court from the Court of Appeals for the Second District of Texas. *See* Misc. Docket No. 18-9049 (Tex. Mar. 27, 2018); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases between courts of appeals).

Appellant, Eric Martin Castoreno, has filed a motion to dismiss his appeal, which he and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and more than ten days have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2), 42.2(b).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.
Do not publish. TEX. R. APP. P. 47.2(b).